ROSEMARY RUDY, PETITIONER-PETITIONER, v. PITT-CONSOL CHEMICAL CO., RESPONDENT-RESPONDENT.

*Messrs. O'Brien, Brett & O'Brien* for the petitioner.

*Messrs. Schreiber, Lancaster & Demos* for the respondent.

March 1, 1966. Denied.

MABEL SZUMSKI, PETITIONER-PETITIONER, v. DALE BOAT YARDS, INC., RESPONDENT-RESPONDENT.

See same case below: 90 *N. J. Super.* 86.

*Mr. Herman M. Wilson* for the petitioner.

*Messrs. Meredith & Meredith* for the respondent.

March 1, 1966. Granted.